**Louise CHANDLER, Plaintiff, Appellant,**

v.

**ENGLE BROS., INC., Defendant,
Appellee.**

**No. 5832.**

United States Court of Appeals
First Circuit.

Oct. 20, 1961.

Reuben H. Nitkin, Boston, Mass., for appellant.

Thomas D. Burns, Boston, Mass., with whom William H. Clancy, George Belli, Jr., Alex B. Burke, and Burns & Levinson, Boston, Mass., were on brief, for appellee.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

This case is ruled by O'Neil v. W. T. Grant Co., 1957, 335 Mass. 234, 139 N.E. 2d 406.

Judgment will be entered affirming the judgment of the District Court.

**GENERAL TIRE & RUBBER COMPANY, Plaintiff, Appellant,**

v.

**LOCAL NO. 512, UNITED RUBBER, CORK, LINOLEUM AND PLASTIC WORKERS OF AMERICA, AFL-CIO, et al., Defendants, Appellees.**

**No. 5827.**

United States Court of Appeals
First Circuit.

Oct. 20, 1961.

Louis S. Belkin, Cleveland, Ohio, with whom John L. Clark, Knight Edwards, Providence, R. I., Belkin, Barnett, Kent & Shapiro, Cleveland, Ohio, and Edwards & Angell, Providence, R. I., were on brief, for appellant.

Bertram Diamond, with whom Baker & Diamond, Stamford, Conn., was on brief, for appellees.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

We find no merit in the appellant's contentions, all of which were considered and rejected by Judge Day in his opinion reported D.C.D.R.I.1961, 191 F.Supp. 911.

Judgment will be entered affirming the judgment of the District Court.